# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CHARLES D. SUTTON**
     Plaintiff,

**v.**                      **CASE NO. 3:05-cv-165-J-16MMH**

**SANDRA E. HEIL and ANY AND ALL
DOES, each in their individual capacity**

     Defendants.

_____/

## O R D E R

Before the Court is the Plaintiff's Motion to Dismiss (Dkt. 13), which the Court construes as a motion for voluntary dismissal under Rule 41, Federal Rules of Civil Procedure. Plaintiff states that Defendant Sandra E. Heil is not a real person and Plaintiff therefore seeks to voluntarily dismiss this case.

Accordingly, the Plaintiff's Motion to Dismiss (Dkt. 13) is **GRANTED** and this case is hereby **DISMISSED** without prejudice. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida this _28___ day of June, 2005.

Copies to:

Counsel of Record

_____
JOHN H. MOORE II
United States District Judge

Pro Se Parties